**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6305**

_____

JEROME CURRY, a/k/a Flesh And Blood Man,

Petitioner - Appellant,

v.

KIRKLAND CORR. INST.; LIEBER CORR. INST. WARDEN; ATTORNEY GENERAL OF SOUTH CAROLINA; STATE OF SOUTH CAROLINA,

Respondents - Appellees.

_____

**No. 25-6377**

_____

JEROME CURRY, a/k/a Flesh And Blood Man,

Petitioner - Appellant,

v.

KIRKLAND CORR. INST.; LIEBER CORR. INST. WARDEN; ATTORNEY GENERAL OF SOUTH CAROLINA; STATE OF SOUTH CAROLINA,

Respondents - Appellees.

_____

Appeals from the United States District Court for the District of South Carolina, at Rock Hill.  Jacquelyn Denise Austin, District Judge.  (0:24-cv-01674-JDA)

_____

Submitted:  August 28, 2025                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome Curry, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jerome Curry seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Curry's 28 U.S.C. § 2254 petition without prejudice for failure to exhaust state court remedies. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Curry has not made the requisite showing. Accordingly, we deny Curry's pending motions, deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3